IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01135-EWN-PAC

DANIEL ELLER,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, and
"JOHN DOE", whose true name is unknown,

        Defendant(s).

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulated Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

BY THE COURT:

September 6, 2005       s/Edward W. Nottingham
DATE                       HONORABLE EDWARD W. NOTTINGHAM
                                UNITED STATES DISTRICT JUDGE